UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL NO. 5:08-CR-0112-KKC

| | |
|---|---|
| UNITED STATES, | PLAINTIFF, |
| v. | **OPINION AND ORDER** |
| ADRIAN RAMIREZ-HERNANDEZ, | DEFENDANT |

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

This matter is before the court on the Motion to Vacate, Set Aside or Correct Sentence (DE 128) filed by the Defendant pursuant to 28 U.S.C. § 2255. Pursuant to 28 U.S.C. § 636 (b)(1)(A), the Court referred this matter to the United State Magistrate Judge for proposed findings of facts and recommendations for the disposition. The Magistrate Judge has entered a recommended disposition (DE 147) in which he recommends that the Defendant's motion be denied and that no Certificate of Appealability be issued.

This Court must make a *de novo* determination of those portions of the recommended disposition to which objection is made. The Defendant has filed no objections to the recommended disposition and the Court has reviewed it and finds its analysis sound. Accordingly, the Court hereby ORDERS as follows:

1) The Magistrate Judge's Recommended Disposition (DE 147) is ADOPTED as the Court's opinion;

2) The Defendant's Motion to Vacate, Set Aside or Correct Sentence (DE 128) under 28 U.S.C. § 2255 is DENIED; and

3) A Certificate of Appealability SHALL NOT be issued.

Dated this 29th day of May, 2012.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge